**CANTELME & BROWN, P.L.C.**

A Professional Liability Company
3003 N. Central Avenue, Suite 600
Phoenix, Arizona 85012-2902
Tel (602) 200-0104   Fax (602) 200-0106
E-mail: djc@cb-attorneys.com / dbrown@cb-attorneys.com

David J. Cantelme, Bar No. 006313
D. Aaron Brown, Bar No. 022133

*Attorneys for Plaintiffs Wesley W. Harris, LaMont E. Andrews, Cynthia L. Biggs, Lynne F. Breyer, Ted Carpenter, Beth K. Hallgren, James C. Hallgren, Lina Hatch, Terry L. Hill, Joyce M. Hill, and Sherese L. Steffens*

**SNELL & WILMER L.L.P.**
One Arizona Center
400 E. Van Buren Street
Phoenix, Arizona 85004-2202
Telephone:   (602) 382-6000
E-Mail: mliburdi@swlaw.com
Michael T. Liburdi, Bar No. 021894)

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Wesley W. Harris, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Arizona Independent Redistricting Commission, *et al.*,<br><br>  Defendants. | Case No. CV 12-0894-PHX-ROS<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' RULE 26(a)(2) EXPERT DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 26(a)(2) Plaintiffs, by and

through undersigned counsel, served their Expert Disclosure Statement and accompanying report of Thomas Brooks Hofeller, Ph.D. on the other Parties on December 17, 2012 via first class mail.

.

DATED this 18th day of December, 2012.

SNELL & WILMER L.L.P.

By: /s/ Michael T. Liburdi
Michael T. Liburdi
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the EM/ECF registrants appearing in this case.

/s/ Cindy Tassielli

16321388