**OSBORN MALEDON**
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2793

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone    602.640.9000
Facsimile    602.640.9050

Joseph A. Kanefield (015838)
Brunn W. Roysden III (028698)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: 602.798.5400
kanefieldj@ballardspahr.com

Colin F. Campbell (004955)
Mary R. O'Grady (011434)
Jeffrey B. Molinar (018512)
OSBORN MALEDON, P.A. (00196000)
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793
Telephone: 602.640.9000
mogrady@omlaw.com, jmolinar@omlaw.com

*Attorneys for the Arizona Independent Redistricting Commission and Commissioners Mathis, McNulty, Herrera, Freeman, and Stertz solely in their official capacities*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wesley W. Harris, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>Arizona Independent Redistricting Commission, *et al.*,<br><br>    Defendants. | No.: 2:12-CV-00894-ROS-NVW-RRC<br><br>**DEFENDANTS ARIZONA INDEPENDENT REDISTRICTING COMMISSION AND COMMISSIONERS MATHIS, MCNULTY, HERRERA, FREEMAN, AND STERTZ'S NOTICE OF SERVICE OF RULE 26 DISCLOSURE OF EXPERT WITNESS**<br><br>(ASSIGNED TO THREE-JUDGE PANEL) |

NOTICE IS HEREBY GIVEN that on January 15, 2013, attorneys for the Arizona Independent Redistricting Commission and Commissioners Mathis, McNulty, Herrera, Freeman, and Stertz solely in their official capacities served on all parties, via U.S. Mail and electronic mail, a copy of their Rule 26 Disclosure of Expert Witness Bruce E. Cain.

DATED this 15th day of January, 2013.

| BALLARD SPAHR LLP | OSBORN MALEDON, P.A. |
|---|---|
| By: s/Joseph A. Kanefield (with permission)<br>Joseph A. Kanefield (015838)<br>Brunn W. Roysden III (028698) | By:  s/ Jeffrey B. Molinar<br>Colin F. Campbell (004955)<br>Mary R. O'Grady (011434)<br>Jeffrey B. Molinar (018512) |

*Attorneys for the Arizona Independent Redistricting Commission and Commissioners Mathis, McNulty, Herrera, Freeman, and Stertz solely in their official capacities*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, 2013, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


 s/ Sara C. Sanchez
4652380_1

2