UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ **Preliminary Injunction**   ☐ **TRO**   ✓ **Non-Jury Trial**   ☐ **Jury Trial**

**Case Number** CV 12-0894-PHX-ROS   **Judge Code** ___   **Date** _____

Harris, et al. _____ vs. AIRC _____

✓ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| William Desmond | | |
| Scott Freeman | | |
| Jose Herrera | | |
| Thomas Hofeller | | |
| Linda McNulty | | |
| Richard Stertz | | |
| Ken Strasma | | |
| Bruce Adelson | | |
| Dennis Quinlan | | |
| | | |