```
                    FILED   ___ LODGED
                ___ RECEIVED ___ COPY

                    MAR 29 2013

                CLERK U S DISTRICT COURT
                  DISTRICT OF ARIZONA
                BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

☐ Preliminary Injunction  ☐ TRO  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number **CV 12-0894**   Judge Code __   Date **3/25/13-3/29/13**

**Harris, et al.** vs. **Arizona Independent Redistricting Commission**

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Commissioner Richard Stertz | | |
| Commissioner Scott Freeman | | |
| Commissioner Colleen Mathis | 3/28/13 | 3/28/13 |
| Commissioner Jose Herrera | | |
| Commissioner Linda McNulty | | |
| William ("Willie") Desmond | | |
| Kenneth ("Ken") Strasma | | |
| Bruce Adelson | | |
| Ray Bladine | | |
| Bruce Cain | 3/28/13 | 3/28/13 |