UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
CIVIL WITNESS LIST

```
FILED ✗       LODGED ___
RECEIVED ___  COPY ___
MAR 29 2013
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

☐ Preliminary Injunction   ☐ TRO   ✓ Non-Jury Trial   ☐ Jury Trial

Case Number: CV 12-0894-PHX-ROS    Judge Code: __    Date: _____

Harris, et al. vs. AIRC

✓ Plaintiff/Petitioner   ☐ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| William Desmond | 3/26/13 | 3/26/13 |
| Scott Freeman | 3/28/13 | 3/28/13 |
| Jose Herrera | 3/26/13 | 3/26/13 |
| Thomas Hofeller | 3/26/13 | 3/26/13 & 3/27/13 |
| Linda McNulty | 3/27/13 | 3/27/13 |
| Richard Stertz | 3/25/13 | 3/25/13 & 3/26/13 |
| Ken Strasma |  |  |
| Bruce Adelson |  |  |
| Dennis Quinlan | 3/26/13 | 3/26/13 |
|  |  |  |