UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

```
FILED      ___ LODGED
___ RECEIVED  ___ COPY

    MAR 2 9 2013

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

☐ Preliminary Injunction  ☐ TRO  ☒ Non-Jury Trial  ☐ Jury Trial

Case Number 2:12-CV-00894 Judge Code ROS-NVW-RRC Date 3/25/2013

Harris, et al. vs. Arizona Independent Redistricting Commission, et al.

☐ Plaintiff/Petitioner    ☒ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 301 | | 3/25/13 | AIRC Meeting Minutes dated 2011-02-24 |
| 302 | | | AIRC Meeting Minutes dated 2011-03-01 |
| 303 | | | AIRC Public Meeting Transcript dated 2011-03-09 - Tempe |
| 304 | | | AIRC Public Meeting Transcript dated 2011-03-24 - Scottsdale |
| 305 | | | AIRC Public Meeting Transcript dated 2011-03-31 - Phoenix |
| 306 | | | AIRC Public Meeting Transcript dated 2011-04-08 - Tucson |
| 307 | | | AIRC Public Meeting Transcript dated 2011-04-14 AM - Phoenix |
| 308 | | | AIRC Public Meeting Transcript dated 2011-04-14 PM - Phoenix |
| 309 | | | AIRC Public Meeting Transcript dated 2011-04-20 - Phoenix |
| 310 | | | AIRC Public Meeting Transcript dated 2011-05-03 - Phoenix |
| 311 | | | AIRC Public Meeting Transcript dated 2011-05-10 - Tucson |
| 312 | | | AIRC Public Meeting Transcript dated 2011-05-12 - Phoenix |
| 313 | | | AIRC Public Meeting Transcript dated 2011-05-13 - Phoenix |
| 314 | | | AIRC Public Meeting Transcript dated 2011-05-31 - Phoenix |
| 315 | | | AIRC Public Meeting Transcript dated 2011-06-06 - Phoenix |
| 316 | | | AIRC Public Meeting Transcript dated 2011-06-15 - Oro Valley |
| 317 | | | AIRC Public Meeting Transcript dated 2011-06-24 - Phoenix |

| | | | |
|---|---|---|---|
| 318 | | 3/25/13 | AIRC Public Meeting Transcript dated 2011-06-29 - Phoenix |
| 319 | | | AIRC Public Meeting Transcript dated 2011-06-30 - Tucson |
| 320 | | | AIRC Public Meeting Transcript dated 2011-07-08 - Phoenix |
| 321 | | | AIRC Public Meeting Transcript dated 2011-07-21 - Phoenix |
| 322 | | | AIRC Public Meeting Transcript dated 2011-07-22 - Nogales |
| 323 | | | AIRC Public Meeting Transcript dated 2011-07-23 - AZ Western College |
| 324 | | | AIRC Public Meeting Transcript dated 2011-07-25 - Mesa |
| 325 | | | AIRC Public Meeting Transcript dated 2011-07-26 - Bullhead City |
| 326 | | | AIRC Public Meeting Transcript dated 2011-07-27 - Casa Grande |
| 327 | | | AIRC Public Meeting Transcript dated 2011-07-28 - Prescott |
| 328 | | | AIRC Public Meeting Transcript dated 2011-07-29 - St. Michaels |
| 329 | | | AIRC Public Meeting Transcript dated 2011-07-30 - Pinetop |
| 330 | | | AIRC Public Meeting Transcript dated 2011-08-01 - Flagstaff |
| 331 | | | AIRC Public Meeting Transcript dated 2011-08-02 - South Tucson |
| 332 | | | AIRC Public Meeting Transcript dated 2011-08-03 - Phoenix |
| 333 | | | AIRC Public Meeting Transcript dated 2011-08-03 - Glendale |
| 334 | | | AIRC Public Meeting Transcript dated 2011-08-04 - Sierra Vista |
| 335 | | | AIRC Public Meeting Transcript dated 2011-08-05 - Phoenix |
| 336 | | | AIRC Public Meeting Transcript dated 2011-08-06 - Tucson |
| 337 | | | AIRC Public Meeting Transcript dated 2011-08-15 - Casa Grande |
| 338 | | | AIRC Public Meeting Transcript dated 2011-08-17 - Phoenix |
| 339 | | | AIRC Public Meeting Transcript dated 2011-08-18 - Casa Grande |
| 340 | | | AIRC Public Meeting Transcript dated 2011-08-22 - Casa Grande |
| 341 | | | AIRC Public Meeting Transcript dated 2011-08-25 - Casa Grande |
| 342 | | | AIRC Public Meeting Transcript dated 2011-08-31 - Phoenix |

4769549 v1

| | | | |
|---|---|---|---|
| 343 | | 3/25/13 | AIRC Public Meeting Transcript dated 2011-09-02 - Tempe |
| 344 | | | AIRC Public Meeting Transcript dated 2011-09-03 - Tempe |
| 345 | | | AIRC Public Meeting Transcript dated 2011-09-08 - Tempe |
| 346 | | | AIRC Public Meeting Transcript dated 2011-09-09 - Tucson |
| 347 | | | AIRC Public Meeting Transcript dated 2011-09-12 - Casa Grande |
| 348 | | | AIRC Public Meeting Transcript dated 2011-09-14 - Casa Grande |
| 349 | | | AIRC Public Meeting Transcript dated 2011-09-15 - Phoenix |
| 350 | | | AIRC Public Meeting Transcript dated 2011-09-16 - Tempe |
| 351 | | | AIRC Public Meeting Transcript dated 2011-09-22 - Chandler |
| 352 | | | AIRC Public Meeting Transcript dated 2011-09-23 - Chandler |
| 353 | | | AIRC Public Meeting Transcript dated 2011-09-26 - Casa Grande |
| 354 | | | AIRC Public Meeting Transcript dated 2011-09-27 - Tucson |
| 355 | | | AIRC Public Meeting Transcript dated 2011-09-29 - Tempe |
| 356 | | | AIRC Public Meeting Transcript dated 2011-09-30 - Tempe |
| 357 | | | AIRC Public Meeting Transcript dated 2011-10-03 - Tempe |
| 358 | | | AIRC Public Meeting Transcript dated 2011-10-05 - Tempe |
| 359 | | | AIRC Public Meeting Transcript dated 2011-10-06 - Tempe |
| 360 | | | AIRC Public Meeting Transcript dated 2011-10-07 - Tempe |
| 361 | | | AIRC Public Meeting Transcript dated 2011-10-08 - Tempe |
| 362 | | | AIRC Public Meeting Transcript dated 2011-10-09 - Tempe |
| 363 | | | AIRC Public Meeting Transcript dated 2011-10-10 - Tucson |
| 364 | | | AIRC Public Meeting Transcript dated 2011-10-11 - Phoenix |
| 365 | | | AIRC Public Meeting Transcript dated 2011-10-12 - Payson |
| 366 | | | AIRC Public Meeting Transcript dated 2011-10-13 - Flagstaff |
| 367 | | | AIRC Public Meeting Transcript dated 2011-10-14 - Window rock |

4769549 v1

| | | | |
|---|---|---|---|
| 368 | | 3/25/13 | AIRC Public Meeting Transcript dated 2011-10-15 - Pinetop |
| 369 | | | AIRC Public Meeting Transcript dated 2011-10-15 - Eager |
| 370 | | | AIRC Public Meeting Transcript dated 2011-10-17 - Prescott Valley |
| 371 | | | AIRC Public Meeting Transcript dated 2011-10-17 - Tuba City |
| 372 | | | AIRC Public Meeting Transcript dated 2011-10-18 - Chandler |
| 373 | | | AIRC Public Meeting Transcript dated 2011-10-19 - Bullhead City |
| 374 | | | AIRC Public Meeting Transcript dated 2011-10-20 - Phoenix |
| 375 | | | AIRC Public Meeting Transcript dated 2011-10-21 - Globe |
| 376 | | | AIRC Public Meeting Transcript dated 2011-10-21 - San Carlos |
| 377 | | | AIRC Public Meeting Transcript dated 2011-10-22 - Avondale |
| 378 | | | AIRC Public Meeting Transcript dated 2011-10-24 - Sells |
| 379 | | | AIRC Public Meeting Transcript dated 2011-10-24 - Tucson |
| 380 | | | AIRC Public Meeting Transcript dated 2011-10-25 - Sierra Vista |
| 381 | | | AIRC Public Meeting Transcript dated 2011-10-26 - Mesa |
| 382 | | | AIRC Public Meeting Transcript dated 2011-10-27 - Thatcher |
| 383 | | | AIRC Public Meeting Transcript dated 2011-10-28 - Nogales |
| 384 | | | AIRC Public Meeting Transcript dated 2011-10-29 - Yuma (1:00 p.m.) |
| 385 | | | AIRC Public Meeting Transcript dated 2011-10-29 - Yuma (4:00 p.m.) |
| 386 | | | AIRC Public Meeting Transcript dated 2011-10-31 - Phoenix |
| 387 | | | AIRC Public Meeting Transcript dated 2011-11-01 - Phoenix |
| 388 | | | AIRC Public Meeting Transcript dated 2011-11-02 - Cottonwood |
| 389 | | | AIRC Public Meeting Transcript dated 2011-11-02 - Peoria |
| 390 | | | AIRC Public Meeting Transcript dated 2011-11-03 - Scottsdale |
| 391 | | | AIRC Public Meeting Transcript dated 2011-11-04 - Marana |
| 392 | | | AIRC Public Meeting Transcript dated 2011-11-04 - Sells |

4769549 v1

| | | | |
|---|---|---|---|
| 393 | | 3/25/13 | AIRC Public Meeting Transcript dated 2011-11-05 - Green Valley |
| 394 | | | AIRC Public Meeting Transcript dated 2011-11-05 - Casa Grande |
| 395 | | | AIRC Public Meeting Transcript dated 2011-11-29 - Tempe |
| 396 | | | AIRC Public Meeting Transcript dated 2011-11-30 - Tempe |
| 397 | | | AIRC Public Meeting Transcript dated 2011-12-01 - Tempe |
| 398 | | | AIRC Public Meeting Transcript dated 2011-12-05 - Tempe |
| 399 | | | AIRC Public Meeting Transcript dated 2011-12-07 - Phoenix |
| 400 | | | AIRC Public Meeting Transcript dated 2011-12-08 - Phoenix |
| 401 | | | AIRC Public Meeting Transcript dated 2011-12-09 - Tempe |
| 402 | | | AIRC Public Meeting Transcript dated 2011-12-12 - Tempe |
| 403 | | | AIRC Public Meeting Transcript dated 2011-12-15 - Tempe |
| 404 | | | AIRC Public Meeting Transcript dated 2011-12-16 - Tempe |
| 405 | | | AIRC Public Meeting Transcript dated 2011-12-19 - Tempe |
| 406 | | | AIRC Public Meeting Transcript dated 2011-12-20 - Tempe |
| 407 | | | AIRC Public Meeting Transcript dated 2012-01-09 - Tempe |
| 408 | | | AIRC Public Meeting Transcript dated 2012-01-10 - Tempe |
| 409 | | | AIRC Public Meeting Transcript dated 2012-01-13 - Tempe |
| 410 | | | AIRC Public Meeting Transcript dated 2012-01-17 - Phoenix |
| 411 | | | AIRC Public Meeting Transcript dated 2012-03-02 - Phoenix |
| 412 | | | AIRC Public Meeting Transcript dated 2012-08-03 - Phoenix |
| 413 | | | AIRC Public Meeting Transcript dated 2012-12-21 - Phoenix |
| 414 | | | DOJ Submission - Final Legislative Districts |
| 415 | | | DOJ Submission - Proposed Legislative Demographic Data (by district) |
| 416 | | | DOJ Submission - Legislative Plan Demographic Data by district |
| 417 | | | DOJ Submission - Report: Benchmark Districts Comprising Proposed Districts |

| | | | |
|---|---|---|---|
| 418 | | 3/25/13 | DOJ Submission - Final Legislative Districts Block Equivalency |
| 419 | | | DOJ Submission - Plan Components: Current Legislation |
| 420 | | | DOJ Submission - Notebook 3 of 5 - Exhibits 5A thru 5B (Legislative Maps created by the Commission) [Hofeller Deposition Exhibit 1] |
| 421 | | | DOJ Submission - Public Input Forms/Citizen Proposed Mops Pre Draft Map |
| 422 | | | DOJ Submission - Public Input Forms/Organization Proposed Mops Pre Draft Map |
| 423 | | | DOJ Submission - Public Input Public Proposed Maps - Post Draft Map |
| 424 | | | DOJ Submission - Public Input: Post Draft Map Organization Proposed |
| 425 | | | DOJ Submission - Dr. King's Report, Supplemental Report, and CV |
| 426 | | | DOJ Submission - Minority Group Contact List |
| 427 | | | DOJ Submission - Communication: Hispanic Groups |
| 428 | | | DOJ Submission - Communication: Native American Groups |
| 429 | | | DOJ Submission - 2002 Benchmark Legislative Districts |
| 430 | | | DOJ Submission - Benchmark Plan: Demographic Data Using 2000 Census Numbers |
| 431 | | | DOJ Submission - Pre Clearance Letters 2003 & 2001 |
| 432 | | | DOJ Submission - CVAP Numbers & Estimates |
| 433 | | | DOJ Submission - Districts Ranked by % Total Minority - Legislative District Rankings |
| 434 | | | DOJ Submission - General Election Results for Benchmark Districts |
| 435 | | | DOJ Submission - Governor's Letter 11/9/2011 |
| 436 | | | DOJ Submission - Reports Regarding Prison Population |
| 437 | | | DOJ Submission - Application of Commissioners |
| 438 | | | DOJ Submission - 2002 General Election & Primary Election |
| 439 | | | DOJ Submission - 2004 General Election & Primary Election |
| 440 | | | DOJ Submission - 2006 General Election & Primary Election |
| 441 | | | DOJ Submission - 2008 General Election & Primary Election |
| 442 | | | DOJ Submission - 2010 General Election & Primary Election |
| 443 | | | DOJ Submission - 2010 Census General Population |

4769549 v1

|   |   |   |   |
|---|---|---|---|
|   |   |   | Demographic Profile Data |
| 444 |   | 3/25/13 | DOJ Submission - Matching Census Voting Tabulation Districts |
| 445 |   |   | DOJ Submission - Strategic Telemetry Memos |
| 446 |   |   | DOJ Submission - Meeting Agendas |
| 447 |   |   | DOJ Submission - Power Point Presentations at Public Hearings (Round 1) |
| 448 |   |   | DOJ Submission - Power Point Presentations at Public Hearings (Round 2) |
| 449 |   |   | DOJ Submission - Public Outreach Report |
| 450 |   |   | DOJ Submission - Statistics on Public Participation |
| 451 |   |   | DOJ Submission - Written Public Input: Index |
| 452 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 4/24/11 - 6/30/11 |
| 453 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/01/11 - 7/09/11 |
| 454 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/10/11 |
| 455 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/13/11 |
| 456 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/14/11 - 7/20/11 |
| 457 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/21/11 - 7/22/11 |
| 458 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/23/11 |
| 459 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/24/11 - 7/25/11 |
| 460 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/26/11 |
| 461 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/27/11 - 7/28/11 |
| 462 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 7/29/11 - 7/31/11 |
| 463 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/01/11 |
| 464 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/02/11 |
| 465 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/03/11 |
| 466 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/04/11 |
| 467 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/05/11 |
| 468 |   |   | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/06/11 - 8/07/11 |

4769549 v1

| | | | |
|---|---|---|---|
| 469 | | 3/25/13 | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/08/11 - 8/09/11 |
| 470 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/10/11 - 8/11/11 |
| 471 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/12/11 |
| 472 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/13/11 - 8/14/11 |
| 473 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/15/11 |
| 474 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/16/11 |
| 475 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/17/11 |
| 476 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/18/11 - 8/20/11 |
| 477 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/21/11 - 8/22/11 |
| 478 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/23/11 |
| 479 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/24/11 - 8/29/11 |
| 480 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 8/30/11 - 9/08/11 |
| 481 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/09/11 - 9/13/11 |
| 482 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/14/11 - 9/15/11 |
| 483 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/14/11 - 9/15/11?? |
| 484 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/16/11 |
| 485 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/17/11 |
| 486 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/18/11 - 9/19/11 |
| 487 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/20/11 - 9/22/11 |
| 488 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/23/11 - 9/26/11 |
| 489 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/21/11 |
| 490 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/22/11 |
| 491 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/23/11 |
| 492 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/24/11 |
| 493 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/25/11 |

4769549 v1

| | | | |
|---|---|---|---|
| 494 | | 3/25/13 | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/26/11 |
| 495 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/27/11 |
| 496 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/27/11 |
| 497 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/28/11 |
| 498 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/29/11 |
| 499 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 9/30/11 |
| 500 | | | DOJ Submission - Public Input Submitted Pre-Draft Map: 10/01/11 - 10/02/11 |
| 501 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/03/11 |
| 502 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/04/11 - 10/05/11 |
| 503 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/06/11 |
| 504 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/07/11 |
| 505 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/08/11 |
| 506 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/09/11 - 10/10/11 |
| 507 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/11/11 - 10/12/11 |
| 508 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/13/11 - 10/14/11 |
| 509 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/15/11 - 10/17/11 |
| 510 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/18/11 - 10/19/11 |
| 511 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/20/11 - 10/21/11 |
| 512 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/22/11 - 10/24/11 |
| 513 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/25/11 - 10/26/11 |
| 514 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/27/11 - 10/31/11 |
| 515 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 10/28/11 |
| 516 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 11/01/11 - 11/02/11 |
| 517 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 11/03/11 - 11/04/11 |
| 518 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 11/05/11 - 11/11/11 |

| | | | |
|---|---|---|---|
| 519 | | 3/25/13 | DOJ Submission - Public Input Submitted Post-Draft Map: 11/12/11 - 11/23/11 |
| 520 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 11/24/11 - 12/07/11 |
| 521 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 12/08/11 - 12/12/11 |
| 522 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 12/13/11 - 12/18/11 |
| 523 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 12/19/11 - 12/22/11 |
| 524 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 12/23/11 - 01/08/12 |
| 525 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 01/09/12 - 01/19/12 |
| 526 | | | DOJ Submission - Public Input Submitted Post-Draft Map: 09/17/11 - 12/10/11 |
| 527 | | | DOJ Objection Letter 1982-03-08 |
| 528 | | | DOJ Objection Letter 1992-06-10 |
| 529 | | | DOJ Objection Letter 1992-08-12 |
| 530 | | | DOJ Submission - Commission Letter 2012-02-28 |
| 531 | | | DOJ preclearance letter 2012-04-26 |
| 532 | | | Existing Legislative District Baseline Population by Race 2011-08-18 |
| 533 | | | Power Point presentation - "Analysis of Public Hearings Round One" 2011-08-18 |
| 534 | | | Power Point presentation - "Matching Census Voting Tabulation Districts (VTD) to Arizona Election Results" 2011-08-22 |
| 535 | | | Power Point presentation - "Competitiveness" 2011-08-31 |
| 536 | | | Power Point presentation - "Compactness Measures" 2011-08-31 |
| 537 | | | Mapping Consultants Power Point presentation - "Round II Hearings" 2011-10-11 |
| 538 | | | King's DRAFT Report re Racially polarized voting analysis 2011-11-28 |
| 539 | | | King's Power Point presentation - "Racially Polarized Voting Analysis" 2011-11-29 |
| 540 | | | Power Point presentation - "Analysis of Round Two of Public Hearings" 2011-11-29 |
| 541 | | | King's Slides to Accompany a Presentation to the AIRC 2012-01-09 |
| 542 | | | Splits Report for Current Legislative Districts |
| 543 | | | Splits Report Final Legislative Districts Block Equivalency |
| 544 | | | Map "Final Legislative Districts - Approved 1/17/12" |

| | | | | |
|---|---|---|---|---|
| 545 | | | 3/28/13 | - Statewide [from AIRC website] |
| | | | | Map "Final Legislative Districts - Approved 1/17/12 - Maricopa County" [from AIRC website] |
| 546 | | | | Map "Final Legislative Districts - Approved 1/17/12 - Pima County" [from AIRC website] |
| 547 | | | | Bruce Cain Expert Report 2013-01-15 |
| 548 | | | | Bruce Cain Expert Rebuttal Report 2013-02-13 |
| 549 | | | | State of Arizona Official Canvas of the 2012 General Election |
| 550 | | | | State of Arizona Official Canvas of the 2012 Primary Election |
| 551 | | | | Final Legislative Map Compactness Compared to Plaintiff's Plan-X |
| 552 | | | | Plaintiff's Leg Plan-X Compactness and Competitiveness Data Table |
| 553 | | | | Plaintiff's Leg Plan-X Compactness and Competitiveness Data Table |
| 554 | | | | Plaintiff's Leg Plan-X Plan Components |
| 555 | | | | Plaintiff's Plan Components Report: AZ_LEG_SAMPLE_PLAN_X |
| 556 | | | | Plaintiff's Leg Plan-X Population Breakdown |
| 557 | | | | Plaintiff's Leg Plan-X Population Data Table |
| 558 | | | | Plaintiff's Leg Plan-X Splits |
| 559 | | | | Plaintiff's Leg Plan-X Splits Report |
| 560 | | | | Change Report - AIRC Final Legislative Districts compared to Plaintiff's Leg Plan-X v2 |
| 561 | | | | 2012 Presidential Election Results |
| 562 | | | | 2012 Presidential Election Results |
| 563 | | | | Plaintiff's Plan X Leg Map - Maricopa County |
| 564 | | | | Plaintiff's Plan X Leg Map - Maricopa County (2) |
| 565 | | | | Plaintiff's Plan X Leg Map - Statewide |
| 566 | | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Northern Mohave County Map |
| 567 | | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Schultz Fire/Flood Area Map |
| 568 | | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Schultz Fire/Flood Area Map |
| 569 | | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Maricopa County Map |
| 570 | | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Maricopa County Dist. 30 Map |
| 571 | | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Pinal County Districts 8 & 11 |

4769549 v1

| | | | |
|---|---|---|---|
| | | | Map |
| 572 | | 3/25/13 | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Maricopa County Dist. 24 Map |
| 573 | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Maricopa County Dist. 12 Map |
| 574 | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Pima County Map |
| 575 | | | Rita Ranch - Working Map 12/9 Compared to Working Map 12/20, AIRC Final Leg, and Plaintiff's Plan-X |
| 576 | | | Plaintiff's Plan-X Compared to AIRC Final Legislative and Legislative Draft Map Districts - Tucson Map |
| 577 | | | Plaintiff's Plan-X Compared to AIRC Final Legislative Districts - Pima County Dist. 2 Map |
| 578 | | | 2012 Secretary of State Official Canvas of Primary Election Results |
| 579 | | | 2012 Secretary of State Official Canvas of General Election Results |
| 580 | | | Letter from Jose de Jesus Rivera to the DOJ dated August 23, 2002 |
| 581 | | | Section 5 Submission of the Arizona Revised Legislative Redistricting Plan dated August 23, 2002 |
| 582 | | | DOJ letter to Lisa Hauser and Jose de Jesus Rivera re rejection of 2002 redistricting plan |
| 583 | | | DOJ Guidance Concerning Redistricting Under Section 5 of the Voting Rights Act dated February 9, 2011 |
| 584 | | | Email from Scott Freeman to William Desmond re LD 7 Modification |
| 585 | | | Interview Notes |
| 586 | | | Voter Registration Analysis by District |
| 587 | | | Complaint filed in Feldman v. Stertz dated July 15, 1988 |
| 588 | | | Complaint filed in Architecture One, Ltd. V. Roberts/Dinsmore Associates dated October 16, 1992 |
| 589 | | | PowerPoint Presentation from the NCSL National Redistricting Seminar |
| 590 | | | Table 3: Population Summary of Benchmark Legislative Districts using 2010 Census Data |
| 591 | | | Table 1: Population Summary of Proposed Legislative Districts using 2010 Census Data and Table 2: Voting Age Population Summary of Proposed Legislative Districts using 2010 Census Data |
| 592 | | | Chart: Commission Approved Legislative Draft Map Population Breakdown |
| 593 | | | Chart: Final Legislative Districts - Approved 1/17/12 Population Breakdown |

4769549 v1

| | | | |
|---|---|---|---|
| 594 | | 3/25/13 | Commission may play video clips from transcripts |
| 595 | | ↓ | Commission may prepare demonstrative exhibits |
| 596 | | 3/27/13 | Dr. Hofeller Affidavit - North Carolina |
| 597 | | 3/27/13 | Dr. Hofeller Affidavit - Missouri |
| 598 | | 3/27/13 | Expert Report - Boone et al. v Nassau County |
| 599 | 3/28/13 | | Population Deviation of Prior Legislative Districts (Demonstrative) |
| 600 | 3/28/13 | | Population Deviation of AIRC Adopted Legislative Districts (Demonstrative) |

4769549 v1